AUGUST 13, 1801.

# Samuel Johnson *v.* George Carlile.

*Upon a writ of error to reverse a judgment of the Lexington District Court.*

Where the judgment was for £500 *damages* and $9.47 costs and the sheriff took a delivery bond describing the judgment as for " £500 *debt*, with interest from date until paid, and also $9.47"—*Held:* That the variance was material and the bond void.

In this cause, judgment was rendered for £500 damages, and $9.47 costs, and execution issued accordingly. But the bond taken by the sheriff for the property on which he levied the execution, recites that it was for £500 debt, with interest from the date until paid, and also $9.47; therefore, it is so materially variant from the judgment and execution that it can not be supported.

Wherefore, it is considered by the court that the said delivery bond be void and have no effect, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.